# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 23-mj-02760-MMP |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 21 U.S.C. §§ 952 and 960 Importation of a Controlled Substance (Felony) |
| John Junwoo LEE, | |
| Defendants. | |

The undersigned complainant being duly sworn states:

On or about July 31, 2023, within the Southern District of California, John Junwoo LEE did knowingly and intentionally import a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Jordan Odum
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 1st day of August 2023.

_____
Hon. Michelle M. Pettit
United States Magistrate Judge

## STATEMENT OF FACTS

On July 31, 2023, at approximately 10:07 AM, John Junwoo LEE, ("LEE"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro POE in vehicle lane #27. LEE was the driver, sole occupant, and registered owner of a 2012 Kia Optima ("the vehicle") bearing CA license plates.

A Customs and Border Protection Officer (CBPO) working primary lane 27 encountered LEE. Upon inspection of the vehicle, the CBPO detected an odor of marijuana within the vehicle. LEE then admitted to smoking marijuana. The CBPO then referred LEE to secondary inspection.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the spare tire of the vehicle.

Further inspection of the vehicle resulted in the discovery of 17 packages concealed in the spare tire of the vehicle, with a total approximate weight of 18.54 kgs (40.87 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of fentanyl. 12.1 grams of marijuana was also found within the vehicle.

LEE was placed under arrest at approximately 2:42 PM.

During a post-Miranda interview, LEE denied knowledge that the narcotics were in the vehicle. LEE stated that he was going to drop off the spare tire to a friend's house located in San Diego, CA.

LEE was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.